UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVON ADAMS,<br><br>                    Movant,<br><br>     -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 23-CV-7918 (AKH) |

ALVIN K. HELLERSTEIN, United States District Judge:

      On September 12, 2023, I entered an order denying Petitioner Melvon Adams's motion to vacate his sentence.  Subsequently, I granted his separate motion for a reduction in sentence under Amendment 821 of the United States Sentencing Guidelines, reducing his sentence by several months.

      The Court declines to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and because Petitioner has failed to identify a claim that jurists of reason would find debatable as to whether Petitioner was denied such a right.  See *Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

SO ORDERED.

Dated:  January 17, 2024
           New York, New York

                                              /s/ Alvin K. Hellerstein
                                              ALVIN K. HELLERSTEIN
                                              United States District Judge